LATHAM & WATKINS LLP
  Joshua G. Hamilton (Bar No. 199610)
    *Joshua.Hamilton@lw.com*
  10250 Constellation Blvd., Suite 1100
  Los Angeles, CA 90067
  Telephone: 424.653.5500
  Facsimile: 424.653.5501

  Meryn C. N. Grant (Bar No. 291315)
    *Meryn.Grant@lw.com*
  Setareh Homayoni (Bar No. 313134)
    *Setareh.Homayoni@lw.com*
  355 S. Grand Ave., Suite 100
  Los Angeles, CA 90071
  Telephone: 213.485.1234
  Facsimile: 213.891.8763

*Counsel for Defendants YogaWorks, Inc., Rosanna McCollough, Vance Chang, Peter L. Garran, Michael A. Kumin, Michael J. Gerend, Brian Cooper, Great Hill Partners, L.P., Great Hill Equity Partners V, L.P., and Great Hill Investors, LLC*

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re YOGAWORKS, INC. SECURITIES LITIGATION<br><br>This Document Relates to: All Actions | Master File No. 2:18-cv-10696-CJC-SK (Consolidated with 2:19-cv-00970-CJC-SK)<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF LODGING OF
[PROPOSED] JUDGMENT
CASE NO. 2:18-cv-10696-CJC-SK

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants YogaWorks, Inc., Rosanna McCollough, Vance Chang, Peter L. Garran, Michael A. Kumin, Michael J. Gerend, Brian Cooper, Great Hill Partners, L.P., Great Hill Equity Partners V, L.P., Great Hill Investors, LLC, Cowen and Company, LLC, Roth Capital Partners, LLC, Stephens Inc., Guggenheim Securities, LLC, and Imperial Capital, LLC hereby lodge the attached [Proposed] Judgment.

Dated:  April 30, 2020                                  Respectfully submitted,

By */s/ Joshua G. Hamilton*
   Joshua G. Hamilton
**LATHAM & WATKINS LLP**
*Counsel for Defendants YogaWorks, Inc., Rosanna McCollough, Vance Chang, Peter L. Garran, Michael A. Kumin, Michael J. Gerend, Brian Cooper, Great Hill Partners, L.P., Great Hill Equity Partners V, L.P., and Great Hill Investors, LLC*

Dated:  April 30, 2020                                  Respectfully submitted,

By */s/ Lucy Wang*
   Lucy Wang
**MORGAN, LEWIS & BOCKIUS LLP**
*Counsel for Defendants Cowen and Company, LLC, Roth Capital Partners, LLC, Stephens Inc., Guggenheim Securities, LLC and Imperial Capital, LLC*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

NOTICE OF LODGING OF
[PROPOSED] JUDGMENT
CASE NO. 2:18-cv-10696-CJC-SK

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: April 30, 2020                    LATHAM & WATKINS LLP

By: /s/ Joshua G. Hamilton
Joshua G. Hamilton