1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re YOGAWORKS, INC. SECURITIES LITIGATION<br><br>This Document Relates to: All Actions | Master File No. 2:18-cv-10696-CJC-SK (Consolidated with 2:19-cv-00970-CJC-SK)<br><br>**[PROPOSED] JUDGMENT** |
|---|---|

1       On April 23, 2020, the Court issued its Order Granting Defendants' Motions to Dismiss with prejudice (the "Order"). ECF No. 70.

      In accordance with the Order and pursuant to Federal Rules of Civil Procedure Rule 58 and Local Rule 54, the case is dismissed in its entirety, with prejudice. **Judgment** is hereby entered in favor of Defendants YogaWorks, Inc., Rosanna McCollough, Vance Chang, Peter L. Garran, Michael A. Kumin, Michael J. Gerend, Brian Cooper, Great Hill Partners, L.P., Great Hill Equity Partners V, L.P., Great Hill Investors, LLC, Cowen and Company, LLC, Roth Capital Partners, LLC, Stephens Inc., Guggenheim Securities, LLC, and Imperial Capital, LLC.

Dated: _____          _____

                                                      The Honorable Cormac J. Carney
                                                      United States District Judge